UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CARRIE MONTGOMERY Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** 5:23-CV-41-FL |
| JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES; NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES Johnston County, North Carolina; ELIZABETH WILSON individually and in her official capacity as Johnston County Social Worker Supervisor; CHANDLER WATSON individually and in her capacity as Johnston County Social Worker; TABITHA HARDIN individually and in her capacity as Johnston County Social Worker; ALLAN DELAINE Individually and in his capacity as former attorney for Plaintiff; and JOHNSTON COUNTY Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 26, 2023, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on July 26, 2023, and Copies To:**
Carrie Montgomery (via US mail) 74 Forest Glade Ct, Clayton, NC 27527
Sean Perrin / John Howard Schaeffer / Walter Schmidlin, III (via CM/ECF Notice of Electronic Filing)

July 26, 2023                                            PETER A. MOORE, JR., CLERK

                                                              /s/ Sandra K. Collins
                                                         (By) Sandra K. Collins, Deputy Clerk